IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GREG FLORES, BRIAN FLORES,
SUSAN F. HAMILTON, DONALD
FLORES, JR., and MARK FLORES                                          PLAINTIFFS

VERSUS                                          CIVIL ACTION NO. 1:08cv471LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY                                  DEFENDANT

### DEFENDANT'S FIRST SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES

COMES NOW the Defendant, **State Farm Fire and Casualty Company**, by and through its counsel of record and files this its Designation of Expert Witnesses as follows:

Defendant, State Farm Fire and Casualty Company, designates the following persons as experts in the above-referenced matter:

**1.** **Robert W. Weisberg, Ph.D**
College of Marine Science, University of South Florida
140 7th Avenue S.
St. Petersburg, Florida 33701
(727) 553-1568

Dr. Weisberg's expert report and a summary of his qualifications are reflected in an attachment to Defendant's Designation of Expert Witnesses previously filed with this Court and provided to Plaintiffs' counsel.

**2.** **Forrest James Masters, Ph.D**
University of Florida
Post Office Box 116580
Gainesville, Florida 32611

Dr. Masters' expert report and a summary of his qualifications are reflected in an attachment to Defendant's Designation of Expert Witnesses previously filed with this Court and provided to Plaintiffs' counsel. A supplemental report is provided as an attachment to this designation which is too large for filing electronically and will be mailed separately to Plaintiffs' counsel..

      **3.**      **W. Mark Watson, P.E., SECB**
                  Jenkins Engineering, Inc.
                  P.O. Box 2101
                  218 S. Thomas St. Suite 209
                  Tupelo, Ms 38803
                  (662) 840-1233 telephone
                  (662) 840-1103 facsimile

Mr. Watson's expert report and a summary of his qualifications are reflected in an attachment to this designation which is too large for filing electronically and will be mailed to counsel opposite separately.

      **4.**      **Any and all expert witnesses listed or called by any other party herein.**

      **5.**      **Defendant reserves the right to supplement this Disclosure of Expert Witnesses and specifically reserves the right to name all such further experts as may be necessary to rebut the testimony and opinion of the experts of the Plaintiffs.**

                                                        Respectfully submitted,

                                                            **State Farm Fire and**
                                                            **Casualty Company**

                                          BY:    *s/ James H. Heidelberg*
                                                           JAMES H. HEIDELBERG
                                                           Miss. Bar No. 2212

James H. Heidelberg (MS Bar No. 2212)
Jessica M. Dupont (MS Bar No. 102262)
**HEIDELBERG, STEINBERGER,**
**COLMER & BURROW, P.A.**
Post Office Box 1407
711 Delmas Avenue
Pascagoula, MS   39568-1407
Telephone:    (228) 762-8021
Facsimile:    (228) 762-7589

**CERTIFICATE OF SERVICE**

     I, JAMES H. HEIDELBERG, of the firm of HEIDELBERG, STEINBERGER, COLMER & BURROW, P.A., do hereby certify that I electronically filed the foregoing *First Supplemental Designation of Experts* with the Clerk of the Court using the ECF system to:

Darryl M. Gibbs
Tabor, Chhabra & Gibbs, P.A.
120 N. Congress Street, Suite 200
Jackson, Mississippi   39201

John H. Denenea, Jr.
Shearman-Denenea, LLC
4240 Canal Street
New Orleans, Louisiana 70119

*Attorneys for the Plaintiffs*

THIS, the 1st day of December 2009.

                                         *s/ James H. Heidelberg*
                                         JAMES H. HEIDELBERG