**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**GREG FLORES,** *et al.*                                                            **PLAINTIFFS**

**VERSUS**                                   **CIVIL ACTION NO. 1:08cv471-LTS-RHW**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                        **DEFENDANTS**

<u>**ORDER**</u>

Before the Court is [45] Plaintiffs' motion to compel 30(b)(6) deposition.  Pursuant to

telephone conference with counsel for the parties this date, the Court will grant motion to the

extent that Defendant shall be required to produce a 30(b)(6) representative for deposition within

twenty (20) days of the date of this order.  However, the Court will also require Plaintiffs to abide

by the Court's prior rulings on the appropriate scope of discovery as set forth in Orders [200],

[228] and [231] in  *Marion v. State Farm Fire and Casualty Company*, 1:06cv969-LTS-RHW,

and in Order [117] in *Perkins v. State Farm Fire and Casualty Company*, 1:07cv116-LTS-RHW.

The motion to compel will therefore be granted in part and denied in part as set forth above.

SO ORDERED, this the 4th day of March, 2010.

/s/ *Robert H. Walker*

ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE