**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**GREG FLORES, ET AL.** **PLAINTIFFS**

**V.** **CIVIL ACTION NO.1:08CV471 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY** **DEFENDANT**

**ORDER GRANTING DEFENDANT'S
MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS
HAROLD PUDERER, JR.**

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the motion [70] of State Farm Fire and Casualty Company to exclude the testimony of Harold Puderer, Jr. is hereby **GRANTED**.

**SO ORDERED** this 11TH day of August, 2010.

s/ L. T. Senter, Jr.

L. T. SENTER, JR.

SENIOR DISTRICT JUDGE