IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CIVIL JURY PRETRIAL CONFERENCE FOR HURRICANE CASE**

The following case (1:08cv471) Flores v State Farm Fire and Casualty Co., in the Southern District of Mississippi, is set for **TRIAL** on September 13, 2010, 10:00 a.m., Courtroom 506, 2012 15th Street, Gulfport, Mississippi, Judge L. T. Senter, Jr. presiding.

**PRETRIAL CONFERENCE** in this case scheduled **August 25, 2010, 1:30 p.m.**, before Judge L. T. Senter, Jr., at Suite 514, United States Courthouse, 2012 15th Street, Gulfport, Ms. **REMINDER:   Pretrial Order** to be submitted one week prior PTC, via email to senter_chambers@mssd.uscourts.gov, in Word Perfect format, as one document *inclusive* of exhibit list and objections, and witness list, not as separate attachments.

**EXHIBITS AND WITNESS LISTS FOR BEGINNING OF TRIAL**:

Prior to beginning of trial, exhibits are to be pre-marked, and a **list,** briefly describing each to be presented to the Courtroom Deputy, via email to senter_chambers@mssd.uscourts.gov in Word Perfect format.  (A sample of the exhibit list is enclosed.)

Prior to beginning of trial, a list of proposed **witnesses** should also be presented to Courtroom Deputy via email to senter_chambers@mssd.uscourts.gov in Word Perfect format.

Note:  The above are "separate" lists for docketing purposes.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

                                                                PLAINTIFF(S)

VERSUS                                                   CIVIL ACTION NO. *

                                                               DEFENDANT(S)

PLAINTIFF'S EXHIBIT LIST
(or DEFENDANT"S EXHIBIT LIST)

| NUMBER | DESCRIPTION | SPONSER | ID | EVIDENCE |
|---|---|---|---|---|
| P-1 (or D-1) | Briefly describe each exhibit, leaving sponsor, evidence and ID columns **blank** | (Leave these columns blank, to be completed by court when exhibits are entered) | | |
| P-2 (or D-2) | Double space between exhibits | | | |

THIS INSTRUMENT IS AN EXAMPLE ONLY.
DO NOT USE FOR YOUR EXHIBIT LIST.

Case 1:08-cv-00471-LTS-RHW   Document 87   Filed 08/17/10   Page 3 of 3