## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

GREG FLORES, BRIAN FLORES,
SUSAN F. HAMILTON, DONALD
FLORES, JR., and MARK FLORES                                                                PLAINTIFFS

VERSUS                                          CIVIL ACTION NO. 1:08cv471LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY                    DEFENDANT

### NOTICE OF SERVICE

TO:         Darryl M. Gibbs, Esq.
               CHHABRA & GIBBS, P.A.
               120 N. Congress Street, Suite 200
               Jackson, Mississippi 39201

               John H. Denenea, Jr., Esq.
               SHEARMAN-DENENEA, LLC
               4240 Canal Street
               New Orleans, Louisiana 70119

               *Attorneys for the Plaintiffs*

     PLEASE TAKE NOTICE THAT THE DEFENDANT, STATE FARM FIRE & CASUALTY COMPANY ("State Farm"), has forwarded a copy of Defendant's *Offer of Judgment* to Plaintiffs.

     THIS, the 27th day of August, 2010.

                                               Respectfully submitted,

                                               STATE FARM FIRE AND
                                               CASUALTY COMPANY

                           BY:     *s/ James H. Heidelberg*
                                               JAMES H. HEIDELBERG

James H. Heidelberg, MSB 2212
Jessica M. Dupont, MSB 102262
**HEIDELBERG, STEINBERGER COLMER & BURROW, P.A.**
Post Office Box 1407
Pascagoula, MS 39568-1407
Telephone:     (228) 762-8021
Facsimile:     (228) 762-7589

## CERTIFICATE OF SERVICE

I, JAMES H. HEIDELBERG, of the firm HEIDELBERG, STEINBERGER, COLMER & BURROW, P.A., do hereby certify that I have electronically filed the foregoing *Notice of Service of Offer of Judgment* with the Clerk of the Court using the ECF system and forwarded a copy via U.S. Mail, to:

Darryl M. Gibbs, Esq.
CHHABRA & GIBBS, P.A.
120 N. Congress Street, Suite 200
Jackson, Mississippi   39201

John H. Denenea, Jr., Esq.
SHEARMAN-DENENEA, LLC
4240 Canal Street
New Orleans, Louisiana 70119

*Attorneys for the Plaintiffs*

THIS, the 27th day of August 2010.

  *s/ James H. Heidelberg*
JAMES H. HEIDELBERG